JOHN E. PATTERSON, Appellant, v. ALLAN E. CARY, Respondent.—Action to recover rent for dental offices, with defense of constructive eviction. Judgment of the County Court of Dutchess county in favor of defendant and order denying plaintiff's motion to set aside the verdict and order a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

JOHN E. PATTERSON, Appellant, v. WALTER W. STEVENS, Respondent.—Action to recover rent for dental offices, with defense of constructive eviction. Judgment of the County Court of Dutchess county in favor of defendant and order denying plaintiff's motion to set aside the verdict and order a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

ANNA PIERDILUCA, Respondent, v. JOSEPH PALMUCCI, Appellant.—Action by plaintiff to recover damages for personal injuries sustained by her through defendant's negligence in the operation of a motor car which defendant was driving and in which plaintiff was riding as a guest. Judgment of the City Court of Mount Vernon in favor of plaintiff reversed on the law and the facts and a new trial ordered, costs to appellant to abide the event, on the ground that the verdict was against the weight of the evidence, and on the further ground that the court should have struck out the testimony with respect to irregular menstruations which were not connected with the accident as a competent producing cause of such condition. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

AUGUST PIERDILUCA, Respondent, v. JOSEPH PALMUCCI, Appellant.—Action by plaintiff to recover for the loss of his wife's services as the result of injuries sustained by her through defendant's negligence in his operation of a motor car which defendant was driving and in which plaintiff's wife was riding as a guest. Judgment of the City Court of Mount Vernon reversed on the law and the facts and a new trial ordered, costs to appellant to abide the event, on authority of Pierdiluca v. Palmucci (ante, p. ——), decided herewith. Lazansky, P. J., Kapper, Hagarty, Scudder, and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY W. SMITH, Appellant.— Judgment of the County Court of Nassau county convicting the defendant of the crime of criminally receiving stolen goods, knowing the same to have been stolen, and order, unanimously affirmed. The evidence permitted the jury to say that they were not satisfied beyond a reasonable doubt of the defendant's guilt of the crime of larceny, but were satisfied beyond a reasonable doubt of his guilt of the crime of receiving stolen property knowing the same to have been stolen. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

HARRY RICH, Appellant, v. ISIDORE MONASHEFSKY and Others, Respondents.— Motion for an injunction pendente lite in an action to restrain the individual defendants from calling special meetings of stockholders and directors, and for the appointment of a temporary receiver. Order denying motion affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.

BERTRAM SCHWARZ and Others, Infants, by MAX SCHWARZ, Their Guardian ad Litem, Appellants, v. JOSEPH A. BRODERICK, as Superintendent of Banks in Charge of Liquidation of THE LONG BEACH TRUST COMPANY, and THE LONG BEACH TRUST COMPANY, Respondents.— Order dismissing complaint for insuffi-